UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| FIRST FINANCIAL BANK, N.A. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   12-cv-1509 |
| | ) | |
| SCOTT BAUKNECHT and STATE BANK OF GRAYMONT, | ) ) | |
| | ) | |
| Defendants. | ) | |

### O R D E R  &  O P I N I O N

This matter is before the Court on Defendant State Bank of Graymont's Motion to Dismiss (Doc. 13) and Defendant Scott Bauknecht's Motion to Dismiss (Doc. 17). Magistrate Judge Cudmore issued a Report & Recommendation ("R&R") (Doc. 24), recommending the motions be granted in part and denied in part.

The parties were notified that failure to object to Judge Cudmore's February 21, 2013, R&R within fourteen days after service of the R&R would constitute a waiver of any objections. (Doc. 24 at 11-12). *See* 28 U.S.C. § 636(b)(1); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). Objections to the R&R were due by March 11, 2013, and none were made. This Court has reviewed the R&R, and will adopt it in its entirety.

IT IS THEREFORE ORDERED that the Court ADOPTS the Report and Recommendation of the Magistrate Judge (Doc. 24) in full. Thus, Defendant State Bank of Graymont's Motion to Dismiss (Doc. 13) is GRANTED IN PART and DENIED IN PART, and Defendant Scott Bauknecht's Motion to Dismiss (Doc. 17) is

GRANTED IN PART and DENIED IN PART. Count IV may only proceed insofar as it is limited to conversion of property that does not constitute trade secrets.

Entered this 13th day of March, 2013.

s/ Joe B. McDade<br>
JOE BILLY McDADE<br>
United States Senior District Judge